**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Carrie Teager, | Case No. |
| and | |
| Mary Teager, | **COMPLAINT** |
| and | |
| Rachel Johnson, | |
| Plaintiffs, | |
| v. | **Jury Demand Requested** |
| Audubon Financial Bureau, LLC adba AFB & Associates adba Audubon Financial Group c/o Zdarsky, Sawicki & Agostinelli, LLP 404 Cathedral Place Buffalo, NY 14202 | |
| and | |
| Adam D. March 5145 Kraus Road Clarence, NY 14031 | |
| Defendants. | |

Now comes Plaintiff, by and through her attorneys, and, for her Complaint, alleges as follows:

### JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiffs incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the ōDebtö).

4- Plaintiffs are residents of the State of the Illinois.

5- Defendant Audubon Financial Bureau, LLC (ōAudubonö) is a Delaware corporation with its principal office in the State of New York.

6- Upon information and belief, Defendant Adam D. March (ōMarchö) is the manager, operator, supervisor, and/or owner of Audubon Financial Bureau, LLC.

7- Unless specifically stated otherwise, the term ōDefendantö as used herein shall refer to Defendants Audubon and March, collectively.

8- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

9- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

10- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

11- In February 22, 2013, Defendant telephoned Plaintiffs home and left a voicemail.

12- During this communication, Defendant failed to disclose that it was a debt collector.

13- During this communication, Defendant falsely implied/threatened to file a lawsuit for the Debt in Illinois unless Plaintiffs contacted Defendant.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC §1692e(10) by using false representation or deceptive means to collect a debt.

## COUNT II

18- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, a debt.

## COUNT III

20- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692e(5) by threatening to take action that could not be legally taken at the time.

## COUNT IV

22- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

23- Defendant violated 15 USC § 1692e(5) by threatening to take action that Defendant did not intend to take at the time.

## COUNT V

24- Plaintiffs incorporate all the allegations and statements made above as if reiterated herein.

25- Defendant violated 15 USC § 1692e(11) by failing to disclose that a communication was from a debt collector.

## JURY DEMAND

26- Plaintiffs demand a trial by jury.

## PRAYER FOR RELIEF

27- Plaintiffs pray for the following relief:

a. Judgment against Defendant for Plaintiffs; actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

b. Judgment against Defendant for $3,000 in statutory damages ($1,000 for each Plaintiff) for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c. Judgment against Defendant for Plaintiffs' reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d. Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
richard@meierllc.com
*Attorney for Plaintiffs*