IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARRIE TEAGER, MARY TEAGER, and RACHEL JOHNSON, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 13 CV 2396 |
| vs. | ) ) | Judge Gottschall |
| AUDUBON FINANCIAL BUREAU, LLC, | ) ) | Magistrate Kim |
| Defendant. | ) | |

## **OFFER OF JUDGMENT**

Defendant Audubon Financial Bureau, LLC, through its attorney, Thomas P. Needham, makes the following Offer of Judgment to Plaintiffs Carrie Teager, Mary Teager, and Rachel Johnson, pursuant to Federal Rule of Civil Procedure 68:

1. Defendant Audubon Financial Bureau, LLC offers to allow judgment to be taken against it in favor of the plaintiffs in the total amount of $1,200.00, plus reasonable attorney's fees and costs accrued to date in an amount to be determined by the Court.

2. This Offer of Judgment is inclusive of all claims that any of the three Plaintiffs have against Defendant Audubon Financial Bureau, LLC., or against any current or former agent or employee of Defendant, arising from the incident alleged in Plaintiffs' complaint.

3. This Offer of Judgment is subject to the following conditions: it must be accepted by all three Plaintiffs; and the amount of the judgment offered is to be split between Plaintiffs in whatever manner they deem appropriate.

4. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, this offer must be accepted within (14) days after its filing and service on Plaintiffs. If it is not accepted within that

time limit, the offer will be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

RESPECTFULLY SUBMITTED,

/s Thomas P. Needham
Thomas P. Needham
Attorney for Defendant Audubon Financial Bureau, LLC

Law Office of Thomas P. Needham
53 W. Jackson Blvd. Suite 452
Chicago, IL 60604
(312) 726-3171
tpn@needhamlaw.com
ARDC # 6188722

## CERTIFICATE OF SERVICE

I certify that I have caused a true and correct copy of **OFFER OF JUDGMENT** to be electronically transmitted to the persons below on this 16th day of July, 2013.

TO: Richard John Meier (richard@meierllc.com)
      Meier LLC

/s/ Thomas P. Needham